[ Decided October 6, 1896.]
## KLEPPIN *v.* POHLE.

APPEAL from Marion County.

Action by Paul Kleppin against H. Pohle to recover the alleged value of certain personal services. Plaintiff appeals from an order dismissing his writ of review to the circuit court.

*Messrs. George W. Hollister* and *W. H. Holmes,* for appellant.

*Messrs. Sherman, Condit & Park,* for respondent.

Judgment of the lower court was affirmed for failure of appellant to file his brief as required by the rule.   No opinion.

AFFIRMED.


[Argued March 12; decided December 7, 1896.]
## FOREST GROVE DOOR CO. *v.* McPHERSON.
### (46 Pàc. 884.)

From Washington:  THOMAS A. McBRIDE, Judge.

This is a suit to foreclose a mechanic's lien.   The facts are that the Forest Grove Door and Lumbering Company, a corporation, having furnished to the defendant Donald McPherson lumber and building material to be used in the construction of certain buildings, situate upon a tract of land in Washington County, filed on November 24, 1893, a claim of lien